Scott Kalkin, State Bar No. 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Shannon Gallagher

Thomas M. Herlihy, State Bar No. 83615
Thomas K. Hockel, State Bar No. 172367
**KELLY, HERLIHY & KLEIN LLP**
44 Montgomery Street, Suite 2500
San Francisco, California 94104
(415) 951-0535

Attorneys for Defendants
Continental Casualty Company and
The Simpson, Thacher & Bartlett Group
Long Term Disability Plan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON GALLAGHER,

Plaintiff,

v.

SIMPSON, THACHER & BARTLETT GROUP LONG TERM DISABILITY PLAN and CONTINENTAL CASUALTY COMPANY,

Defendants.

No: C 04-0793 TEH

**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Date: September 12, 2005
Time: 1:30 p.m.
Location: Courtroom 12, 19th Fl.
Hon. Thelton Henderson

The parties to the captioned matter, by and through their respective counsel, hereby stipulate to and request a continuance of the Case Management Conference currently scheduled for September 12, 2005.

Good cause exists for the continuance in that the parties are continuing to work toward a resolution of the case and remain optimistic that a settlement will occur within the next 60 days. The parties' efforts have included, and will continue to continue to include, working on issues such as the amount of retroactive benefits, the amount of attorney's fees, gathering medical records, determining the amount of social security and any other offsets, and identifying any other terms of a settlement. Inasmuch as the matter is likely to settle, but will not settle before the currently scheduled conference, the parties believe a continuance of the conference would be the best use of resources for the Court and the parties.

The parties are informed from the clerk that October 24, 2005, is an available date for a further conference. That date would be acceptable to both parties.

IT IS SO STIPULATED.

**ROBOOSTOFF & KALKIN**

Dated: September 9, 2005

By: //Scott Kalkin
Scott Kalkin
Attorneys for Plaintiff

**KELLY, HERLIHY & KLEIN LLP**

Dated: September 9, 2005

By://Thomas K. Hockel
Thomas K. Hockel
Attorneys for Defendants Continental Casualty Company and
The Simpson, Thacher & Bartlett

Group Long Term Disability Plan

**ORDER**

Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby continues the case management conference in the captioned matter to October 24, 2005, at 1:30 p.m.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
DENIED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

ACTION NO: C 04-0793 TEH

3