IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON GALLAGHER,   No. C 04-00793 TEH

    Plaintiff,

v.

SIMPSON THACHER ET AL,   **ORDER RE BRIEFING SCHEDULE**

    Defendants.

       The Court is in receipt of the parties' Further Joint Case Management Statement, dated March 9, 2006. In this statement, the parties propose a schedule for filing cross-motions for summary judgment that is unreasonably elongated and vague in light of the history of this case. In fact, the proposed schedule contains no definite deadline for filing such motions. At the January 9, 2006 status conference, the parties represented that a settlement framework had been agreed upon and that the remaining aspects of the settlement agreement could be "hammered out in 30 days." Even taking into account plaintiff's personal problem, it appears that the parties have made only incremental progress, and have failed to devote the necessary time and resources to bring this matter to a timely closure.

       Accordingly, and good cause appearing, it is HEREBY ORDERED that absent a final settlement of this matter, the parties shall file their cross-motions for summary judgment no later than Monday, April 24, 2006. Oppositions shall be due no later than Monday, May 8, 2006, and any replies shall be due Monday, May 15, 2006. Hearing in this matter shall be on Monday, June 5, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED  3-13-06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE