IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON GALLAGHER,                                    No. C 04-00793 TEH

        Plaintiff,

  v.                                                                          **ORDER**

SIMPSON THACHER ET AL,

        Defendants.

      The Court is in receipt of Plaintiff's "Notice of Partial Resolution and Request for Vacation of Date set for Motion for Summary Judgment, filed April 20, 2006." According to Plaintiff's counsel's declaration, and the letter attached thereto from counsel for Defendants, the parties have agreed to a settlement of the case with the exception of the amount of attorney's fees and costs. With respect to this item, Defendants agree to pay for attorneys' fees and costs and have requested that Plaintiff provide documentation. Accordingly, Plaintiff requests that the Court vacate the April 24, 2006 deadline for filing motions for summary judgment and grant her leave to file a motion for attorney's fees and costs by no later than May 24, 2006, if the parties are unable to informally resolve this item.

      Plaintiff's request is granted in part and denied in part as follows. The deadline for filing summary judgment motions shall be continued 14 days – until May 8, 2006. This deadline shall be vacated ***only*** upon the filing, on or before May 8, 2006, of a final stipulation or settlement agreement signed by both parties. If the parties are unable to resolve the amount of attorney's fees and costs the final stipulation or settlement agreement may provide for the filing of a motion on this single issue. <u>No further extensions of the May 8, 2006 deadline for filing summary judgment motions shall be granted</u>.

IT IS SO ORDERED.

    Dated: April 24, 2006

                                            THELTON E. HENDERSON
                                            UNITED STATES DISTRICT JUDGE