1   Scott Kalkin, State Bar No. 120791
    **ROBOOSTOFF & KALKIN**
2   A Professional Law Corporation
    369 Pine Street, Suite 610
3   San Francisco, California 94104
    (415) 732-0282
4
    Attorney for Plaintiff Shannon Gallagher
5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
    SHANNON GALLAGHER,                    )    No: C 04-0793 TEH
12                                         )
                        Plaintiff,         )    **STIPULATION AND**
13  v.                                     )    **REQUEST FOR**
                                           )    **DISMISSAL**
14                                         )
    SIMPSON, THACHER & BARTLETT            )
15  GROUP LONG TERM DISABILITY            )
    PLAN and CONTINENTAL CASUALTY          )
16  COMPANY,                               )
                                           )
17                      Defendants.        )
                                           )
18

19
            Counsel for all parties in the above-captioned matter are pleased to inform the Court
20
    that this matter is settled.  Plaintiff and her counsel have signed a settlement agreement and
21
    have forwarded it to defendants and their counsel for signature.  Among other things, the
22
    agreement provides for a certain payment to be made to plaintiff within ten days of execution
23
    of the settlement agreement.
24
            In light of the foregoing the parties hereby request that the Court dismiss this matter
25

26

27  Stipulation and Request for Dismissal                     ACTION NO: C 04-0793 TEH

28
                                           1

1   with prejudice no earlier than May 23, 2006, so as to allow sufficient time for defendants to

2   execute the settlement agreement and deliver payment to plaintiff.

3

4                                                    Respectfully submitted,

5                                                    **ROBOOSTOFF & KALKIN**

6

7   Dated: May 8, 2006                    By:___/s/_____
                                                     Scott Kalkin
8                                                    Attorneys for Plaintiff

9

10                                                   **KELLY, HERLIHY & KLEIN LLP**

11

12
    Dated: May 8, 2006                    By:___/s/_____
13                                                   Thomas K. Hockel
                                                     Attorneys for Defendants Continental
14                                                   Casualty Company and
                                                     The Simpson, Thacher & Bartlett
15                                                   Group Long Term Disability Plan

16

17  IT IS SO ORDERED:

18

19  Dated:   05/23/06                                _____
20                                                   ...he United States District Court

21

22

23

24

25

26

27  Stipulation and Request for Dismissal                      ACTION NO: C 04-0793 TEH

28
                                          2